| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Charles Alexander Hill |
| Debtor 2 (Spouse, if filing) | Angelia Flippen Hill |
| United States Bankruptcy Court for the: | Middle District of Tennessee ▼ |
| Case number | 19-04317 |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al.   **Court claim no. (if known):** 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 0 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2021

**New total payment:** $ 895.04
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 429.51   New escrow payment: $ 480.20

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Debtor 1 | Charles Hill | | | Case number (if known) 19-04317 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /S/ Edward D. Russell      Date 03/29/2021
Signature

Print:   Edward      D.         Russell           Title  authorized agent
         First Name   Middle Name   Last Name

Company   The SR Law Group

Address   PO Box 128
          Number    Street

          Mt Juliet              TN    37121
          City                   State  ZIP Code

Contact phone  615-559-3190              Email  bknotices@snsc.com


**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

ANGELA F HILL
3620 HARBER RD
CHAPEL HILL TN 37034

Analysis Date: March 11, 2021                                                                                                            Final
Property Address: 3620 HARBER ROAD   CHAPEL HILL, TN 37034                                                      Loan: 0309

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2020 to Apr 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 414.84 | 414.84 ** |
| Escrow Payment: | 429.51 | 480.20 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $844.35 | $895.04 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2021 |
| Escrow Balance: | 913.07 |
| Anticipated Pmts to Escrow: | 859.02 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,772.09 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 0.00 | 0.00 |
| Dec 2020 |  | 571.52 |  |  | * Escrow Only Payment | 0.00 | 571.52 |
| Dec 2020 |  | 429.51 |  |  | * | 0.00 | 1,001.03 |
| Dec 2020 |  | 429.51 |  |  | * Escrow Only Payment | 0.00 | 1,430.54 |
| Jan 2021 |  | 859.02 |  |  | * | 0.00 | 2,289.56 |
| Feb 2021 |  | 429.51 |  |  | * | 0.00 | 2,719.07 |
| Feb 2021 |  |  |  | 133.19 | * Forced Place Insur | 0.00 | 2,585.88 |
| Feb 2021 |  |  |  | 959.00 | * County Tax | 0.00 | 1,626.88 |
| Mar 2021 |  | 178.86 |  |  | * Escrow Only Payment | 0.00 | 1,805.74 |
| Mar 2021 |  |  |  | 45.67 | * Forced Place Insur | 0.00 | 1,760.07 |
| Mar 2021 |  |  |  | 847.00 | * Escrow Disbursement | 0.00 | 913.07 |
|  |  |  |  |  | Anticipated Transactions | 0.00 | 913.07 |
| Mar 2021 |  | 429.51 |  |  |  |  | 1,342.58 |
| Apr 2021 |  | 429.51 |  |  |  |  | 1,772.09 |
|  | $0.00 | $3,756.95 | $0.00 | $1,984.86 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: March 11, 2021  
Borrower: ANGELA F HILL  

Final  
Loan: ████0309

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,772.09 | 3,044.69 |
| May 2021 | 444.85 | | | 2,216.94 | 3,489.54 |
| Jun 2021 | 444.85 | | | 2,661.79 | 3,934.39 |
| Jul 2021 | 444.85 | | | 3,106.64 | 4,379.24 |
| Aug 2021 | 444.85 | | | 3,551.49 | 4,824.09 |
| Sep 2021 | 444.85 | 4,379.23 | Homeowners Policy | (382.89) | 889.71 |
| Oct 2021 | 444.85 | | | 61.96 | 1,334.56 |
| Nov 2021 | 444.85 | | | 506.81 | 1,779.41 |
| Dec 2021 | 444.85 | 959.00 | County Tax | (7.34) | 1,265.26 |
| Jan 2022 | 444.85 | | | 437.51 | 1,710.11 |
| Feb 2022 | 444.85 | | | 882.36 | 2,154.96 |
| Mar 2022 | 444.85 | | | 1,327.21 | 2,599.81 |
| Apr 2022 | 444.85 | | | 1,772.06 | 3,044.66 |
| | $5,338.20 | $5,338.23 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 889.71. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 889.71 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,772.09. Your starting balance (escrow balance required) according to this analysis should be $3,044.69. This means you have a shortage of 1,272.60. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 5,338.23. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: March 11, 2021  
Borrower: ANGELA F HILL

Final  
Loan: ▮▮▮▮0309

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 444.85 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 35.35 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $480.20 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $859.69 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of March 2021, a true and correct copy of the foregoing Response to Final Cure Notice was served by regular mail upon the Debtors, Charles and Angelia Hill, 3620 Harber Rd., Chapel Hill, TN 37034; counsel for the Debtors, HARLAN, SLOCUM & QUILLEN, PO BOX 949, COLUMBIA, TN 38402-0949, by electronic notice; OFFICE OF THE CHAPTER 13 TRUSTEE, PO BOX 340019, NASHVILLE, TN 37203-0019, by electronic notice; and electronically to those identified on the CM/ECF system for this case.

              By: */s/Edward D. Russell*
                Edward D. Russell